No. 12–7830.  COBBLE v. McLAUGHLIN, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 12–7835.  HILLIARD v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–7837.  TIMBERS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–7838.  WILEY v. GEITHNER, SECRETARY OF THE TREASURY.  C. A. 2d Cir.  Certiorari denied.

No. 12–7839.  FELICE v. STALLONE, SUPERINTENDENT, CAYUGA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 12–7845.  GOMEZ v. SINCLAIR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 12–7847.  HUNTER v. NORTH CAROLINA.  Ct. App. N. C. Certiorari denied.

No. 12–7848.  TULLY v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 12–7851.  HENDERSON v. McDONALD, WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 12–7855.  GUPTA v. WALT DISNEY WORLD CO.  C. A. 11th Cir.  Certiorari denied.

No. 12–7862.  MARSHALL v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 12–7864.  ADAMS v. WESLEY.  C. A. 11th Cir.  Certiorari denied.

No. 12–7867.  HENDERSON v. NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 12–7868.  HAMILTON v. BITER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–7872.  ABRAHEM v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.